COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-09-00075-CV |
| IN RE: GARY GRINDSTAFF, DPM, | § | AN ORIGINAL PROCEEDING |
| AND ROBERT E. DeBIASSE | § | IN MANDAMUS |
| | § | |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is a joint motion to dismiss this mandamus proceeding filed by the Relator and the Real Party In Interest. The parties represent that they have settled the underlying dispute, and that the petition for writ of mandamus is now moot.

This Court has the authority to dismiss a case pursuant to an agreed motion. *See* TEX.R.APP.P. 42.1(a). The Court has considered this cause and has concluded that the motion should be granted and the petition should be dismissed. We therefore grant the motion to dismiss the petition for writ of mandamus.

May 13, 2009

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.